**Order filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00895-CR

_____

**JOSE DEJESUS ACOSTA JUNIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-058827B**

# O R D E R

The clerk's record was filed October 16, 2013, and a supplemental clerk's record was filed November 18, 2013. On January 16, 2014, Karen Woolsey, the official court reporter, notified this court that the trial court granted appellant's motion for new trial on December 5, 2013. Accordingly, our record requires supplementation to determine whether this appeal has been rendered moot. *See* Tex. R. App. P. 34.5(c). We therefore issue the following order:

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before **February 14, 2014**, containing the following:

1.  The trial court's order signed on or about December 5, 2013, granting appellant's motion for new trial.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM